UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIDNEY COLEMAN, § | |
| § | Civil Action No. 3:25-MC-0002-X-BN |
| *Plaintiff,* § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 6). Sidney Coleman filed an objection. (Doc. 8). Coleman's objection reiterates his desire for the Court to conduct a valuation of his assets as a miscellaneous case. But the defects in Coleman's case remain. As Magistrate Judge Horan explained in his findings, conclusion, and recommendation, Coleman's motion for summary judgment names no defendant. The Court lacks subject matter jurisdiction over this matter; Coleman's filings are not a case or controversy. Standing requires that (1) a plaintiff suffer an injury in fact, (2) which is fairly traceable to the challenged conduct of the defendant, and (3) which will likely be redressed be a favorable judicial decision.1  Coleman's filings fail to address any of these three elements.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

---

1 *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016).

Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    **IT IS SO ORDERED** this 24th day of February, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE